IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 16-00151-01-CR-W-BCW |
| ) | |
| ELDRED L. REID, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

Before the Court is Magistrate Judge Sarah W. Hays' Report and Recommendation granting Defendant's Motion for Determination for Competency (Doc. #26). Neither party filed objections to the Report and Recommendation. After an independent review of the record, the applicable law, and the parties' arguments, the Court adopts the Magistrate's findings of fact and conclusions of law, finding the defendant competent to stand trial and to assist in his defense. Accordingly, it is hereby

ORDERED that the Magistrate's Report and Recommendation be attached to and made part of this Order. RECOMMENDED that the District Court, after conducting its own independent review of the record, find that defendant Reid is competent to understand the nature and consequence of the proceedings against him and to assist properly in his defense

IT IS SO ORDERED.


DATED: January 23, 2017          /s/ Brian C. Wimes
                                 JUDGE BRIAN C. WIMES
                                 UNITED STATES DISTRICT COURT